TOLEDO BAR ASSOCIATION *v.* BANKS.

[Cite as Toledo Bar Assn. *v.* Banks (1986), 28 Ohio St. 3d 125.]

(D.D. No. 86-8—Decided December 24, 1986.)

*Richard M. Kerger* and *John N. MacKay,* for relator.

*Thomas J. Zraik,* for respondent.

*Per Curiam.* Upon a full review of this matter, this court finds that the respondent has violated DR 1-102(A)(6), 6-101(A)(3), 7-101(A)(3) and 3-101(B). Wherefore, this court accepts the recommendation of the board and hereby orders that the respondent be suspended from the practice of law in the state of Ohio for a period of one year.

It is further ordered that the respondent pay the costs of these proceedings.

*Judgment accordingly.*

CELEBREZZE, C.J., SWEENEY, LOCHER, HOLMES, C. BROWN, DOUGLAS and WRIGHT, JJ., concur.